UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
At Nashville

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | \| | No. 3:12-cr-94 |
| | \| | |
| V. | \| | Judge Haynes |
| | \| | |
| TANNER PATTERSON, | \| | |

## NOTICE AND MOTION FOR ADDITIONAL TIME

Comes the Defendant, Tanner Patterson, by and through appointed counsel, Hallie H. McFadden, and hereby notifies the Court, that, pursuant to the Court's order of September 7, 2012 (Document No. 35), undersigned counsel has conferred with Mr. Patterson, as well as his previous counsel and Counsel for the Government and would hereby request ninety days to notify the Court of her readiness for trial. The grounds for this Motion are that Counsel for Mr. Tanner and Counsel for the Government have begun discussions on resolving this matter without trial. The schedules of both Counsel for the Government and Counsel for Mr. Tanner make it difficult to conduct these discussions in any meaningful manner, and therefore, Counsel for all parties believe it would be in the interest of justice, as well as serve the interest of judicial economy to grant the parties ninety (90) days to resolve this matter without trial or inform the Court of Counsel's readiness for trial. Counsel for the Government has no objection to this Motion.

*[Handwritten annotation in right margin, appearing to read: "Granted. The motion in the interests of justice to allow the defendant & its judge his plea negotiations. Hrg 9-17-12"]*