IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | Case No. 3:12-00094 |
| | ) | Chief Judge Haynes |
| TANNER PATTERSON, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

Before the Court is the Government's motion to amend judgment. (Docket Entry N. 57). This motion is **GRANTED**. The judgment is **AMENDED** to reflect the agreed sentence of fifty-one (51) months on Count I.

It is so **ORDERED**.

**ENTERED** this the 30 day of April, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court