UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | No. 3:12-00094 |
| ) | Chief Judge Haynes |
| ) | |
| DEVONTE LUNSFORD ) | |

MOTION TO SET PLEA HEARING

Defendant hereby moves the Court to set this matter for a plea hearing on Monday, August 5, 2013. Defendant has discussed this with Assistant United States Attorney Braden Boucek who is in agreement with this request.

Respectfully submitted,

s/ Sumter L. Camp
SUMTER L. CAMP
Assistant Federal Public Defender
Attorney for Defendant
810 Broadway Suite 200
Nashville, TN 37203
615-736-5047

CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of July, 2013, I electronically filed the foregoing Motion to Set Plea Hearing with the clerk of the court by using the CM/ECF system, which will send a notice of Electronic Filing to the following: the Honorable Braden Boucek, Assistant United States Attorney 110 9th Avenue South, Suite A961, Nashville, Tennessee 37203.

s/ Sumter L. Camp
SUMTER L. CAMP